### R. A. CRUSE'S ESTATE et al. v. STATE.
(No. 1643.)

Court of Civil Appeals of Texas. Beaumont. Jan. 26, 1928.

**Appeal and error** ⬿773(2)—No briefs being filed as required by statute and rule, reviewing court may dismiss appeal for want of prosecution.

Where neither party to appeal filed brief as required by statutes and court rule, Court of Civil Appeals may dismiss appeal for want of prosecution.

Appeal from District Court, Tyler County; Thos. B. Coe, Judge.

Action between the R. A. Cruse Estate and others and the State of Texas. From a judgment for the latter, the former appeal. Appeal dismissed.

E. M. Chesfer and E. E. Easterling, both of Beaumont, for appellants.

P. W. Minter and J. E. Wheat, both of Woodville, for the State.

WALKER, J. The record in this case was filed in this court on the 22d day of November, 1927. The case was set for submission in its due order and after due notice of setting was submitted without objection from either party on the 12th inst. Neither party has briefed the case, as required by the statutes and rules of court.

Therefore it is our order that this cause be and the same is hereby dismissed from our docket for want of prosecution. Vernon's Annotated Statutes (Civil Statutes, vol. 4, note 21, p. 197).